UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JENISA ANGELES, INDIVIDUALLY, and ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                      *Plaintiffs*,            1:23-cv-07470 (ALC)

        -against-                        **ORDER OF DISCONTINUANCE**

HEALTHY FEET STORE LLC,

                      *Defendant*.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **January 29, 2024**.

**SO ORDERED.**

**Dated:**    **November 29, 2023**
            **New York, New York**           **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**